**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**MAHMOUD ELMILLIGY,**
Plaintiff,

v.

**Mount olive township et al.,**
Defendant(s).

---

Civil Action No. **2:25-cv-12720-EP-CF**

---

# NOTICE OF WITHDRAWAL OF MOTION

Plaintiff, **Mahmoud Elmilligy**, appearing **pro se**, hereby provides notice that he **withdraws the pending "Motion to Dismiss All Disorderly Persons (D.O.) Charges and Expunge Records, with Duly Sworn Statement and Request for Relief."**

Plaintiff submits this notice to clarify the record and to proceed, if appropriate, through **ordinary criminal, municipal, or post-disposition procedures**, rather than through the withdrawn motion.

No ruling is requested on the withdrawn filing.

---

Dated: **02/07/2026**

Respectfully submitted,

*Mahmoud Elmilligy*

**Mahmoud Elmilligy**
Plaintiff, pro se